IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CASANDRA WILLIAMS-EVANS, | * |
| Plaintiff, | * |
| v. | * CV 118-148 |
| ADVANCE AUTO PARTS, INC., | * |
| Defendant. | * |

ORDER

Before the Court is Defendant Advance Auto Parts, Inc.'s bill of costs (Doc. 73) to which *pro se* Plaintiff Casandra Williams-Evans objects. The Court granted summary judgment for Defendant on January 30, 2020 and the Clerk entered judgment the same day. Plaintiff appealed on February 24, 2020. District courts retain control over the timing of the decision of whether to assess costs. See BASF Corp. v. SNF Holding Co., No. 4:17-cv-251, 2019 WL 3554699, at *11 (S.D. Ga. Aug. 5, 2019) (deferring ruling on bill of costs until resolution of pending appeal) (citing Fed. R. Civ. P. 54 advisory committee's note to 1993 amendment). Accordingly, Defendant's bill of costs is **DENIED WITHOUT PREJUDICE**. Defendant may refile its bill of costs within **twenty-one days** of the date on which the Eleventh Circuit issues its mandate on the pending appeal.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of August, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA